MATT G. REYNOLDS, Appellant, v. CLARK COUNTY, Respondent.

### St. Louis Court of Appeals, January 18, 1898.

Jurisdiction, Appellate: SUIT TO WHICH A COUNTY IS A PARTY.  A cause to which a county of this state is a party is within the exclusive jurisdiction of the supreme court.

*Appeal from the Clark Circuit Court.*—HON. EDWIN R. McKEE, Judge.

TRANSFERRED TO SUPREME COURT.

BOND, J.—The record in this case discloses that a county of this state is a party to the cause.  The appellate jurisdiction is therefore in the supreme court, and the case having been improperly sent to this court, will therefore be transferred to the supreme court under section 3300 of the Revised Statutes of 1889.    All concur.